UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN R. AMIE,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | Case No. 1:20-cv-0244-AWI-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 18)<br><br>**THIRTY-DAY DEADLINE** |

  The Court screened Plaintiff's complaint and found it to be so vague and conclusory that the Court could not determine if it stated a claim. (Doc. 15.) The Court granted Plaintiff the option of standing on the complaint, dismissing it, or filing an amended complaint. Plaintiff has now filed a response that the Court construes as a request for extension of time to file an amended complaint. (Doc. 18.) Accordingly, the Court GRANTS Plaintiff's request. Plaintiff is directed to file his amended complaint within thirty days from the date of this order.

IT IS SO ORDERED.

  Dated: __July 28, 2020__         __/s/ Jennifer L. Thurston__
                      UNITED STATES MAGISTRATE JUDGE