UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN R. AMIE,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants. | Case No.  1:20-cv-0244-AWI-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PRIVATE INVESTIGATOR**<br><br>(Doc. 17) |

Plaintiff moves for the appointment of a private investigator pursuant to California Penal Code § 987.9. That state statutory provision provides for the appointment of an investigator, expert, or other for the preparation or presentation of the defense in the trial of a capital case or the trial of second degree murder for someone who has served a prior prison term for murder in the first or second degree. Since neither of those scenarios are applicable in this civil case, the Court **DENIES** Plaintiff's motion for a private investigator.

IT IS SO ORDERED.

Dated:  **July 28, 2020**                              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

1