UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN R. AMIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-0244-AWI-JLT (PC)<br><br>**ORDER FOR CLARIFICATION**<br><br>**TWENTY-ONE DAY DEADLING** |

　　　　Plaintiff has filed two notices of voluntary dismissal. (Docs. 28, 32.) Following the filing of each of notice, however, Plaintiff has continued to file motions or documents suggesting his intent to prosecute this action. (See, e.g., Docs. 29-31, 33.) Because Plaintiff's intent is unclear, the Court **ORDERS** Plaintiff to submit within twenty-one days an updated notice advising the Court whether he wishes to continue with this case or whether he wants it dismissed pursuant to Federal Rule of Civil Procedure 41(a).

IT IS SO ORDERED.

　　Dated:　**September 7, 2020**　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1